**Order entered November 21, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01278-CR

**MIGUEL ALBERTO GUTIERREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 27,326**

## ORDER

The reporter's record in this case contains a volume containing an "Exhibit Index," but none of the exhibits offered or admitted at trial are included in the record. Consequently, we **ORDER** the court reporter to file, within ten days of the date of this order, the exhibits offered or admitted at trial.

/Lana Myers/
LANA MYERS
PRESIDING JUSTICE